COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 23, 2015
 No. 10-15-00433-CR
 IN RE CHRISTOPHER K. SCHMOTZER
 _______________
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Christopher K. Schmotzer has been considered by the Court. Because the Court has no jurisdiction of this proceeding, the Court has determined that the Petition for Writ of Mandamus should be and hereby is dismissed. The Court finds the filing to be frivolous.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court. 
 PER CURIAM
 SHARRI ROESSLER, CLERK
 
 By: ___________________________
 Nita Whitener, Deputy Clerk